**BIG JIM COAL COMPANY BURIAL FUND et al., Appellants,**

**v.**

**Arthur CINNAMON, Appellee.**

Court of Appeals of Kentucky.

Oct. 5, 1956.

J. C. Helton, Helton & Helton, Pineville, for appellants.

W. J. Stone, Pineville, for appellee.

PER CURIAM.

Appellee Arthur Cinnamon recovered judgment against appellants Big Jim Coal Company Burial Fund et al. for $520 as burial benefits for his wife. Upon examination of the record and reading of the briefs, no prejudicial error is found.

Motion for appeal is overruled and judgment is affirmed.